UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRAN DAVID ALAEI, an individual, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY (GEICO), a Delaware corporation; GEICO GENERAL INSURANCE COMPANY, a Maryland corporation, and DOES 1 to 10,<br><br>Defendants. | Case No. 3:20-cv-00262-L-WVG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |

Presently before the Court is the Joint Motion to Dismiss the Entire Action with Prejudice (ECF No. 26) ("Joint Motion"). Good cause appearing, the Court **GRANTS** the Joint Motion. All parties will bear their own costs and attorneys' fees. No class was certified in the action and nothing in this Order shall affect the rights of any other putative class member.

**IT IS SO ORDERED**.

Dated: January 19, 2022

_____
Hon. M. James Lorenz
United States District Judge